UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| SPENCER L. HAYES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:11-CV-216 |
| v. | ) | |
| | ) | Collier/Lee |
| OCOEE RAFTING, LLC, | ) | |
| | ) | |
| Defendant. | | |

**O R D E R**

On August 6, 2012, pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), United States Magistrate Judge Susan K. Lee filed a report and recommendation ("R&R") in this case (Court File No. 25). In the R&R, Judge Lee recommended Defendant Ocoee Rafting, LLC's ("Defendant") motion to dismiss (Court File No. 20) be denied. Neither party has objected to the R&R within the given 14 days.

After reviewing the record, this Court agrees with the R&R. The Court hereby **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations. Accordingly, the Court **DENIES** Plaintiff's motion to dismiss (Court File No. 20).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**